UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

Phynerrian Manning,
Plaintiff,

5:25cv197-TKW-MJF

v.

OFFICER DANIEL JONES, in his individual and official capacity,
OFFICER PHILIP BARIS, in his individual and official capacity,
CHIEF EUSEBIO TALAMANTEZ, JR., in his official capacity,
Defendants.

Case No. _____ (To be filled by the Clerk)

Plaintiff:

Name: Phynerrian Manning

Address: 602 E 10th St.

City, State, Zip: Panama City, FL. 32401

Phone Number: (850) 832-5928

Defendant(s):

1. Name: Daniel Jones

   Position/Title: PCB Police Officer

   Place of Employment: Panama City Beach Police Department

   Address: 17115 Panama City Beach Pkwy, Panama City Beach, FL. 32413

2. Name: Philip Baris

   Position/Title: PCB Police Officer

FILED USDC FLND PN
AUG 5 '25 PM4:16

Place of Employment: Panama City Beach Police Department

Address: 17115 Panama City Beach Pkwy, Panama City Beach, FL. 32413

3. Name: Eusebio Talamantez, Jr.

Position/Title: Chief of Police

Place of Employment: Panama City Beach Police Department

Address: 17115 Panama City Beach Pkwy, Panama City Beach, FL. 32413

This Court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343 because the plaintiff is alleging violations of federal law (42 U.S.C. § 1983).

(See attached COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983)

(See attached COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983)

[X] Compensatory damages

[X] Punitive damages

[X] Injunctive relief

[X] Declaratory relief

Explain what you want the court to do:

(See attached COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983)

Have you filed a grievance about the facts in your complaint?

[X] Yes

If yes, what was the result? Pending Internal Affairs Complaints

I declare under penalty of perjury that the foregoing is true and correct.

Signature: _____ Phynerrian Manning _____
Date: _____ 07/31/2025 _____

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION

PHYNERIAN MANNING,
Plaintiff,

v.

OFFICER DANIEL JONES, in his individual and official capacity,
OFFICER PHILIP BARIS, in his individual and official capacity,
CHIEF EUSEBIO TALAMANTEZ, JR., in his official capacity,
Defendants.

5:25 CV 197-TKW-MJF

Case No.: [To be assigned]

AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. § 1983)
JURY TRIAL DEMANDED

1. This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, as this case arises under the Constitution and laws of the United States, including 42 U.S.C. § 1983.

2. Venue is proper under 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred in Panama City Beach, Florida, within this District and Division.

3. Plaintiff, Phynerian Manning, is a citizen of the United States and a resident of Panama City, Florida.

4. Defendant Officer Philip Baris is employed by the Panama City Beach Police Department and acted under color of state law at all relevant times. He is sued in both his individual and official capacities.



FILED USDC FLND PN
AUG 5 '25 PM4:35

5. Defendant Officer Daniel Jones is employed by the Panama City Beach Police Department and acted under color of state law at all relevant times. He is sued in both his individual and official capacities.

6. Defendant Eusebio Talamantez, Jr. is the Chief of Police of the Panama City Beach Police Department and responsible for training and supervision. He is sued in his official capacity.

7. On or about July 31, 2021, around 4:33 a.m., Plaintiff was lawfully driving in Panama City Beach, Florida, when he was stopped by Defendant Officer Baris.

8. Officer Baris lacked reasonable suspicion or probable cause to initiate the traffic stop.

9. Approximately 25 minutes later, without being requested, Defendant Officer Jones arrived on the scene.

10. Officer Jones asked Plaintiff to submit to a breath test, despite no signs or evidence of impairment.

11. Plaintiff lawfully declined to take the test.

12. Officer Jones then arrested Plaintiff for DUI and leaving the scene of an accident, despite the absence of probable cause or supporting evidence.

13. Plaintiff was booked into jail and detained.

14. As a direct result of the false charges, Plaintiff's bond in an unrelated matter was revoked, and he remained incarcerated for more than two years.

15. Officers Baris and Jones conspired to fabricate or exaggerate evidence to justify the arrest and charges.

16. Defendant Chief Talamantez failed to properly supervise or train these officers, which allowed this constitutional violation to occur.

17. Plaintiff's arrest and prolonged incarceration resulted in emotional distress, financial hardship, reputational damage, and the suspension of his driver's license.

18. Plaintiff incorporates paragraphs 1–17.

19. Officers Baris and Jones, acting under color of state law, violated Plaintiff's Fourth Amendment rights by arresting him without probable cause.

20. As a direct result, Plaintiff suffered deprivation of liberty, emotional trauma, financial loss, and reputational harm.

21. Plaintiff incorporates paragraphs 1–17.

22. Officers Baris and Jones caused Plaintiff to be falsely imprisoned for over two years by fabricating DUI and hit-and-run allegations.

23. This imprisonment lacked legal justification and violated Plaintiff's constitutional rights.

24. Plaintiff suffered severe emotional, financial, and reputational harm as a result.

25. Plaintiff incorporates paragraphs 1–17.

26. Defendant Chief Talamantez, acting under color of state law, failed to adequately supervise or train Officers Baris and Jones.

27. This failure resulted in unconstitutional conduct, including an unlawful traffic stop, arrest without probable cause, and false imprisonment.

28. Plaintiff's injuries were a direct result of this systemic failure.

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in his favor and award:

1. Compensatory damages in the amount of $2,000,000;

2. Punitive damages in the amount of $5,000,000 against Officers Baris and Jones in their individual capacities;

3. Declaratory relief stating that Defendants' actions violated Plaintiff's constitutional rights;

4. Injunctive relief requiring the Panama City Beach Police Department to implement proper training and oversight policies;

5. Reinstatement of Plaintiff's Florida Driver's License;

6. Reasonable attorney's fees and costs under 42 U.S.C. § 1988;

7. Pre- and post-judgment interest as allowed by law;

8. Any other relief this Court deems just and proper.

Respectfully submitted,

Phynerrian Q. Manning
Plaintiff, pro se
602 E. 10th Street
Panama City, FL 32401

Dated: _31_ day of July, 2025

Account Number        6299022
Username              Nerry123
Amount Due            $0.00
Account Balance       $0.00
Case Search Status    Active
Account Type          Upgraded PACER Account
Multifactor Auth      Not Enrolled (Enroll)

## E-File Registration/Maintenance History

The table below provides a listing of your e-file registration and maintenance requests. A **"Pending"** status indicates the request is pending action by the court. A **"Processed"** status indicates the request has been processed by the court. It does not indicate that your filing status is **"Active"** at this court. Review your filing status here.

| Court ⇅ | Description ⇅ | Date Submitted ⇅ | Status ⇅ |
|---------|-------------|-----------------|----------|
| Florida Northern District Court | registration | 08/01/2025 | Pending |
| Florida Northern District Court | registration | 07/31/2025 | Rejected |

Case 5:25-cv-00197-TKW-MJF    Document 1    Filed 08/05/25    Page 7 of 10

An official website of the United States government. Here's how you know.

Log in to PACER Systems

| | |
|---|---|
| **Account Number** | 6299022 |
| **Username** | Nerry123 |
| **Amount Due** | $0.00 |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |
| **Multifactor Auth** | Not Enrolled (Enroll) |

E-File Registration/Maintenance History

The table below provides a listing of your e-file registration and maintenance requests. A **"Pending"** status indicates the request is pending action by the court. A **"Processed"** status indicates the request has been processed by the court; it does not indicate that your filing status is **"Active"** at this court. Review your filing status **here**.

| Court | Description | Date Submitted | Status |
|---|---|---|---|
| Florida Northern District Court | registration | 07/31/2025 | Pending |

Done

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

Phynerrian Manning
602 E. 10th St.
Panama City, FL. 32401

U.S. Courthouse
1 North Palafox St.
Pensacola, FL 32502

PHYNERRIAN MANNING
(850) 832-5928
THE UPS STORE #6067
1016 THOMAS DR
PANAMA CITY BEA  FL 32408-7444

1 LBS        1 OF 1
SHP WT: 1 LBS
DATE: 01 AUG 2025

SHIP ATTN   CLERK
TO:  US COURTHOUSE
     1 N PALAFOX ST

PENSACOLA  FL 32502-5665

FL 325 0-11

UPS GROUND
TRACKING #: 1Z 8W5 E05 03 1268 2397

BILLING: P/P

MMMG046SRU1UG ISM 13.06C ZZP 450 29.5V 07/2025

...rms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and ...shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration ...ohibited.

AUG 0 6 2025

I:228   CD
X

US COURTHOUSE
1 N PALAFOX ST
STE 425
PENSACOLA FL 32502

P:BROWN  S. EVEN2

B28 - 6189      2397

P:RED

MCL - 34

I:131
X